IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ABP PEARL HIGHLANDS LLC, | ) | 1:25-CV-00154-JAO-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING MAGISTRATE |
| vs. | ) | JUDGE'S FINDINGS AND |
| | ) | RECOMMENDATIONS |
| TIGO ENERGY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATIONS

Findings and Recommendation having been filed on August 29, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Court ADOPTS the FINDINGS AND RECOMMENDATIONS To Grant In Part and Deny In Part Plaintiff's Motion For Default Judgment ("F&R"). ECF No. 18. The Court thus GRANTS IN PART and DENIES IN PART Plaintiff's Motion for Default Judgment, ECF No. 15, as described in the F&R.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, September 19, 2025



Jill A. Otake
United States District Judge

CV No. 25-00154 JAO-WRP; *ABP Pearl Highlands LLC v. Tigo Energy, Inc.*, Order Adopting Magistrate Judge's Findings and Recommendations