IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ABP PEARL HIGHLANDS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TIGO ENERGY, INC.,<br><br>Defendant. | CIVIL NO. 25-00154 JAO-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS (ECF NO. 28) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS (ECF NO. 28)**

Findings and Recommendation having been filed on January 15, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations to Grant Plaintiff's Motion for an Award of Attorneys' Fees and Non-Taxable Costs, are adopted as the opinion and order of the Court.

///

///

///

///

///

IT IS SO ORDERED.

DATED: Honolulu, Hawai‘i, February 4, 2026.



Jill A. Otake
United States District Judge

Civil No. 25-00154 JAO-WRP; *ABP Pearl Highlands LLC v. Tigo Energy, Inc.*, Order Adopting Magistrate Judge's Findings and Recommendations